IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELIJAH SEGERS-MEIER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:21-CV-601 |
| | ) | |
| WARDEN R. RAMOS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the petitioner. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is transferred to the Eastern District of North Carolina for further screening and review.

A certificate of appealability shall not issue.

This the 20th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE